UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE PACIFIC NORTHWEST CONFERENCE OF THE FREE METHODIST CHURCH, on behalf of REVEREND HORACIAO AHUMADA, and his son FRANCISCO HORACIO AHUMADA LOZANO,<br><br>    Plaintiffs,<br><br>    v.<br><br>TOM RIDGE, Secretary for Homeland Security, EDUARDO AGUIRE, JR., Director of U.S. Citizenship and Immigration Services, TERRY E. WAY, Director of the Nebraska Service Center, U.S. Citizenship and Immigration Services,<br><br>    Defendants. | NO.  CV-03-3129-RHW<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On February 17, 2006, the Court entered an Order to Show Cause (Ct. Rec. 7) ordering the parties to state why the case should not be dismissed. The docket reflects that no further activity has been taken with regard to the above-captioned case.

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(b), the above captioned matter is hereby **DISMISSED with prejudice**.

2. The District Court Executive shall close the file.

///

**ORDER DISMISSING CASE, WITH PREJUDICE** ~ 1

1  **IT IS SO ORDERED**.  The District Court Executive is hereby directed to
2  enter this Order, furnish copies to counsel, and close the file.
3  **DATED** this 28th day of March, 2006.

                           s/ Robert H. Whaley

                           ROBERT H. WHALEY
                           Chief United States District Judge

Q:\CIVIL\2003\PacificNWdismiss.ord.wpd

**ORDER DISMISSING CASE, WITH PREJUDICE ~ 2**